# EXHIBIT 1









Case 1:20-cv-02965-JPO   Document 23-1   Filed 08/10/20   Page 5 of 7



5
EXHIBIT 1



| | | |
|---|---|---|
| VA 1-437-057 | VA 2-118-207 | VA 2-114-782 |
| VA 2-152-009 | VA 2-183-384 | VA 2-106-449 |
| VA 2-183-384 | VA 2-117-144 | VA 2-114-782 |

