**EXHIBIT 2**

person that's out there. It's like there's this outside person, and there's me."

*This story appeared in the June 25, 2012 issue of New York Magazine.*



Photo: **Photgraphy by Mark Sellger; St**yling by Lester Garcia at Total Management; Hair by Mara **Roszak at Starworks Artists; Makeup** by Rachel Goodwin at the Wall Group; Manicure by Tracylee for Tim Howard Management using Chanel S 2012; Prop Styling by Rob Strauss Studio; Dress by Moschino Cheap and Chic

Emma Stone is supposed to be sick, but when she rolls up to Cookshop at Tenth Avenue and 20th Street on a recent muggy afternoon, she looks fine. Her nose is a little pinkish, maybe, and her famously raspy voice is a little hoarser than usual, and she's sort of pale and thin, but isn't she always? Then she lets out a gigantic, honking cough. "I feel like I need to eat a little something because I have postnasal drip," she says, clearing her throat. *"Not to brag,"* she adds in a goofy-smarmy voice.

*Related*

TAGS: EMMA STONE   THE AMAZING SPIDER-MAN   MOVIES   ANDREW GARFIELD   MORE



MORE TO EXPLORE                                                                                              SPONSORED LINKS BY TABOOLA

    

Jada Pinkett Smith Revealed How She Really Felt After Her Son's Sudden Decision
AFFLUENT TIMES

Bradley Cooper's Ex Just Dropped A Huge Bombshell About Their Marriage
ATLANTIC MIRROR

Studio 54 Photos That Are No Longer Socially Acceptable
HOTPOPTODAY

Look Closer, The Photographer Was Not Expecting This Photo
SCIENTIFIC MIRROR

20 Actors Who Were Disgusted By Their Costars!
BETTERBE



https://www.popsugar.com/fashion/photo-gallery/25780783/image/25780806/NY-Mag-June-2012

# Issue Contents

TABLE OF CONTENTS

## August 23, 2010



**COVER STORY**

## The Fall Fashion Issue

In this issue, we take a look at the clothes that walked the runway and also at a collection of people who use clothes to define who they are.

On the Cover: Katie Holmes, photographed by Mark Seliger, based on paparazzo Ron Galella's 1971 image called *Windblown Jackie*.

Support more than 50 years of award-winning journalism.

**FEATURES**

### Imagining Daphne
A fashion icon who found herself by going to clown school.

### Park Avenue Jesus!
Michael Kors is not sad or tortured about his mission on earth. He thinks fashion—particularly American fashion—should be fun.

### What Are You Looking At?
Amid a perpetual storm of attention, Katie Holmes stays almost preternaturally calm.

### The Johnny Weir Spectacular
He wants to go beyond skating, beyond masculine and feminine, to a kind of stardom that's entirely his own.



Well Said: Katie Holmes on Media's Scrutiny of Her Marriage

**KATIE HOLMES**

by Love And Sex · 9 years ago

https://www.popsugar.com/latest/Quotes?page=33