UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK SELIGER,

                    Plaintiff,

      -v-

GROUP NINE MEDIA, LLC, ET AL.,

                    Defendants.

20-CV-2965 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: November 10, 2020
       New York, New York

                                            _____
                                                  J. PAUL OETKEN
                                             United States District Judge